ELLIOTT, Respondent, *vs.* POGUE, Appellant.

I. Judgment affirmed for want of bill of exceptions, the cause having originated before a justice.

*Appeal from Newton Circuit Court.*

*F. P. Wright,* for appellant.
*John M. Richardson,* for respondent.

SCOTT, Judge.   This was an action originally tried in a justice's court, and was transferred, by appeal, to the Circuit Court.   There was a trial on the merits in that court, but as no bill of exceptions was preserved, there is nothing in the record which will warrant us in disturbing the judgment below.   Judge Ryland concurring, judgment affirmed.